# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PRISCILLA WATSON,

    Plaintiff,

v.                      Case No. 8:19-cv-00099-CEH-AAS

USAA FEDERAL SAVINGS BANK.

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own fees and costs of court, thereby concluding this matter in its entirety.

Respectfully submitted this 3rd day of October, 2019.

| | |
|---|---|
| *s/ Joshua R. Kersey* | *s/ David M. Krueger* |
| Joshua Kersey | David M. Krueger (Pro Hac Vice Granted) |
| Florida Bar No.: 87578 | Nora K. Cook (Pro Hac Vice Granted) |
| MORGAN & MORGAN, TAMPA, P.A. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| One Tampa City Center, 7th Floor | 200 Public Square, Suite 2300 |
| Tampa, FL 33602 | Cleveland, Ohio 44114-2378 |
| Tele: (813) 223-5505 | Telephone: 216.363.4500 |
| Fax: (813) 223-5402 | Facsimile: 216.363.4588 |
| JKersey@ForThePeople.com | dkrueger@beneschlaw.com |
| JessicaK@ForThePeople.com | ncook@beneschlaw.com |
| *Counsel for Plaintiff* | *Counsel For Defendant* |